# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

FRANK JOFFRION

CRIMINAL COMPLAINT

CASE NUMBER: 08-06-FJL

FILED by ___ D.C.
FEB 29 2008
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. PIERCE

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between from on or about <u>January 8, 2008 through February 29, 2008</u>, in <u>St. Lucie</u> County, in the <u>Southern</u> District of <u>Florida</u>, the defendant,

> used a facility, a computer, in interstate commerce, to persuade, induce, or entice an individual under the age of 18 to engage in sexual intercourse,

in violation of Title <u>18</u> United States Code, Section <u>2422(b)</u>.

I further state that I am a <u>Senior Special Agent, Immigration and Customs Enforcement</u> and that this Complaint is based on the following facts:

***PLEASE SEE ATTACHED AFFIDAVIT.***

Continued on the attached and made a part hereof: __X__ YES ____ NO

_____
Signature of Complainant
CHRISTOPHER S. HARVEY
Senior Special Agent
Immigration and Customs Enforcement

Sworn to before me, and subscribed in my presence,

February 29, 2008                                   at    Fort Pierce, Florida
Date                                                      City and State

FRANK J. LYNCH, Jr.
UNITED STATES MAGISTRATE JUDGE                      _____
Name and Title of Judicial Officer                   Signature of Judicial Officer

# AFFIDAVIT OF
# CHRISTOPHER S. HARVEY
# SENIOR SPECIAL AGENT
# DEPARTMENT OF HOMELAND SECURITY
# BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Christopher S. Harvey, after being duly sworn, depose and state:

1. I am a Senior Special Agent (SS/A) with the Department of Homeland Security, Immigration and Customs Enforcement (ICE) having been so since March 2003. Prior to March 2003, I was employed by the U.S. Customs Service as both a Special Agent and a Marine Enforcement since 1998 and prior to that, as a Deputy Sheriff since 1996. I have been assigned to the investigation of cases involving the sexual exploitation of children. These investigations have included the utilization of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of search, arrest and seizure warrants. I have also received training on the aforementioned investigations at the Federal Law Enforcement Training Center in Glynco, Georgia.

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and

make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, *et seq.*

3.  I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein. I have personally participated in the investigation of the offenses referred to herein, and because of my personal participation in this investigation and reports made to me by members of the participating law enforcement agencies, I am familiar with the facts and circumstances of this investigation. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the area of child pornography and child exploitation through the U.S. Customs Academy. I have observed and reviewed examples, and assisted in several child pornography and child exploitation investigations, which has involved reviewing examples in all forms of media including computer media, and have discussed and reviewed these materials with other law enforcement officers.

4.  Many of the facts pertaining to this case have been relayed to me by Detective Neil Spector of the St. Lucie County Sheriff's Office, located in Florida.

5. Although I am familiar with the full breadth of the facts and circumstances of this investigation, I have not included in the affidavit each and every fact known to me about the matters set forth herein, but only those facts and circumstances that I believe are sufficient to establish probable cause for this Court to authorize the arrest of Frank Joffrion.

6. This affidavit is made in support of a criminal complaint against Frank Joffrion for a violation of Title 18 U.S.C. Section 2422(b), that is, use of a facility, a computer, in interstate or foreign commerce, to persuade, induce, or entice an individual under the age of eighteen to engage in sexual activity.

7. Detective Neil W. Spector is a Detective with the St. Lucie County Sheriff's Office, Criminal Investigations Division. Detective Spector is a member of the LEACH Task Force, which is a combined force of local, state and federal law enforcement officers who proactively investigate child pornography and child exploitation on the Internet.

8. During this investigative affidavit/report, there will be terms such as the following:

> Instant message: Where two individuals can communicate in text privately.
>
> Chat room: where members of a specific Internet service

provider, in this case AOL can communicate in text message where other members in the chat room can observe and communicate.

Electronic mail (Email): An electronic message that you can send to an individual(s) and attach images and or other data.

Instant message: Where two individuals can communicate in text privately.

9.  During this affidavit, you will see grammatical and spelling errors as this is common when communicating using text messages on the Internet.

For the purposes of this affidavit/report the suspect's screen name will be referred to as "the suspect". Detective Spector will be referred to as "the undercover".

All correspondence both, telephonic and via the Internet, regarding this investigation was preserved for evidentiary purposes.

At all times during this investigation, Detective Spector was using the internet from his location in St. Lucie County, Southern District of Florida.

10. On January 8, 2008, Detective Spector was in an undercover capacity portraying a father with two children on the Internet. Detective Spector was utilizing America Online as his Internet service provider and was in several chat rooms.

11. On January 8, 2008, at approximately 5:05PM, Detective Spector was in America Online chat room called "Openminded Parents". While in the chat room, the undercover observed the suspect, using the screen name "Knkyn2Famfun," state the following: "38m fla looking to meet fam into fam fun". The undercover knows from his experience that this type of solicitation in the chat room is an effort to meet a family member with a child for the purpose of having sex with that child. The undercover knows from his undercover experience that a large percentage of users in this particular chat room communicate about having sex with children or trading child pornography. The undercover has investigated and made numerous arrests from investigations involving this chat room. Based on the undercover's experience and the suspect's solicitation, the undercover initiated an instant message to the suspect.

12. The undercover introduced himself as a male from Port St. Lucie, Florida with two children. The children were portrayed as a fictitious daughter, age 11, and a fictitious son, age 12. The suspect wrote "r u into fam fun with them"? The undercover indicated he was involved in this activity.

13. The suspect indicated that his name was Mark, and his interests were "young and family". He wrote, "mark...im into

-5-

yng...fam fun. real time". The suspect said he lived in the panhandle of Florida. The undercover wrote, "what are u really looking for"? The suspect wrote, "what I would luv to find is to be with a fam that is into having sex and playing with each other...". The undercover indicated to the suspect that he was not bisexual. The suspect wrote, "im more into yng girls". The undercover communicated to the suspect that something like that might be possible if he was serious. The undercover asked the suspect to be direct. The suspect wrote "I want to fuck eat her pussy make love to her...her suck me...lick me". The suspect indicated his penis was 6.5 inches long. The undercover reminded the suspect his "daughter" was eleven years old. The suspect wrote "ok". The suspect and the undercover agreed to talk on the telephone and exchanged numbers. The suspect provided the number 850-449-2196. The undercover provided the suspect an undercover phone number at the Sheriff's Office.

14. At approximately 5:25PM, the suspect called the undercover on his phone line. During the conversation, the suspect said "I'm very much into having sex with young girls". The suspect asked the undercover what the undercover would allow him to do to his daughter. The undercover reminded the suspect his "daughter" was eleven years old and further indicated that

his "daughter" was mentally slow. The suspect stated that he works on computers, was divorced with no children and that he was thirty-eight years old living in Pensacola, Florida. The suspect said the youngest girl he has ever met on the Internet was seventeen. Regarding the undercover's "daughter," the undercover asked what the suspect wanted to do with the "daughter". The suspect said, "I want to fuck her".

15. The undercover sent the suspect, via electronic mail, photographs of his fictitious daughter. The photograph was of a Deputy Sheriff when she was under the age of twelve. The suspect said he would travel to Port St. Lucie to meet the undercover and his "daughter". The suspect and the undercover talked about meeting in Pensacola or the suspect traveling to Port St. Lucie. The undercover suggested the suspect send a photograph of himself to show his "daughter". The suspect said he had nude pictures and asked if those would be okay. The undercover replied that he did not care what type of pictures were sent. The suspect then sent, via electronic mail, several photographs of an erect penis and one clothed photograph of an adult male.

16. On January 16, 2008, at 4:48PM, the undercover initiated an instant message with the suspect. This was due to an electronic mail the undercover previously received. The

undercover asked "are u still interested". The suspect wrote, "yes I am". The undercover indicated to the suspect it would have to be over a weekend. During the instant messaging, the suspect and undercover discussed possibly meeting during the upcoming weekend. The undercover informed the suspect that he (the suspect) would have to travel to his (the undercover's) location the first time. The suspect wrote that he would try to leave work early on the upcoming Friday. The undercover asked the suspect to send him an electronic mail to let him know if he was coming. The suspect wrote "ok I will...will u and dau stay the night in the hotel with me"? The instant message ended at 5:21PM and was preserved for evidence in this investigation.

17. On January 28, 2008, at 5:15PM, the undercover was in the America Online chat room "Openminded Parents". The suspect was in this same chat room utilizing a different America Online screen name "Flguylvsfam". The suspect was soliciting in the chat room. He was looking to meet a family in Florida. The undercover noticed the suspect's America Online profile appeared to be the same as the suspect's screen name "Knkyn2Famfun". The undercover initiated an instant message with the suspect, asking him if he was "Mark". The suspect indicated he no longer has the screen name "Knkyn2famfun". The suspect asked, "anyone play with

-8-

dau lately"? The undercover asked the suspect if he had found anyone lately. The suspect wrote "no no promising prospects…". The undercover inquired why there were no promising prospects, to which the suspect responded, "fantasy nuts". The suspect wrote, "Ok I know u want me to come there so I need to take a day off work and come down and spend time with u and dau". The undercover responded by writing that if the suspect wanted to do that, it would be fine. The instant messaging ended at 5:42PM.

18. On January 29, 2008, at 6:04PM, the suspect initiated an instant message with the undercover. The suspect wrote "wish u and dau were here". The undercover and suspect communicated about meeting. The suspect wrote "yeah so I will come and get a hotel over a weekend and spend time with her". The undercover communicated to the suspect to let him know when. The instant messaging ended at 6:14PM.

19. On February 4, 2008, at 5:23PM, the suspect initiated an instant message with the undercover via America Online. The suspect and the undercover communicated, however no solicitations occurred. The instant messaging ended at 6:02PM.

20. On February 5, 2008, at 4:34PM, the suspect initiated an instant message with the undercover via America Online. During the course of the instant messaging, the undercover asked

the suspect what age preference he had. The suspect wrote "4-16". The undercover wrote, "have you experienced young yet"? The suspect wrote, "nope not yet hope to soon". The undercover wrote any prospects yet? The suspect responded by writing "urs and poss two others but not looking good". Again, the undercover indicated to the suspect if is serious to let him know. The suspect wrote, "I will want to fuck your dau and eat her so bad". The undercover reminded the suspect that the "daughter" was eleven years old. The undercover suggested talking again on the telephone. The suspect provided the same number of 850-449-2196. The instant message ended at 4:48PM.

21. On February 5, 2008, at approximately 4:49PM, the undercover called the suspect. The suspect used the name "Frank". The suspect said he was serious about wanting to have sex with "the fictitious daughter". The undercover reminded the suspect "the daughter" was eleven years old. The suspect said he would take his time and do this real slow. The suspect said that if he didn't have to be on call this Sunday, he would meet that weekend. The undercover and suspect talked about meeting in Gainesville. The suspect said if he could find someone to cover his on call, he would make it. The call ended at 5:00PM.

22. On February 9, 2008, at 10:01AM, the suspect initiated an instant message with the undercover. The suspect wrote "I didn't find anyone to work for me". During the instant messaging, the suspect sent the undercover a photograph of an erect penis via electronic mail on America Online. The suspect asked the undercover to send a picture of the "daughter" to him. The undercover sent via electronic mail a photograph of a female Deputy Sheriff when she was eleven years of age. The undercover asked the suspect what he was doing all day. The suspect wrote "nothing being horny thinking about ur dau tight pussy".

23. On February 11, 2008, the undercover sent a subpoena to America Online requesting subscriber information on the suspect's screen name of "Flguylvsfam".

24. On February 12, 2008, at 12:29PM, the suspect initiated an instant message with the undercover. During the instant messaging, the suspect asked when the undercover had sex with the "daughter". After the undercover described a fictitious sexual act, the suspect wrote, "cool so its ok if I get on top of her". The undercover wrote, "if we ever decide to meet". The suspect and the undercover again communicated about meeting on a weekend. The suspect indicated he still wanted to engage in a sexual encounter with the undercover's daughter. For example the suspect

wrote, "we would spend the night together having sex and fun". The suspect and the undercover continued to communicate about meeting on a weekend. The two also discussed meeting at a halfway point. The suspect indicated he was at work. This isn't the entire content of the instant messaging; however it was preserved for evidentiary purposes. The instant messaging ended at 1:26PM.

25. On February 12, 2008, at 7:04PM, the suspect initiated an instant message with the undercover. The undercover reminded the suspect that his fictitious "daughter" was eleven years of age. The instant messaging ended at 7:25PM.

26. On February 14, 2008, the suspect's subscriber information was received from America Online. The account is billed to a Frank Joffrion, 7111 North Blue Angel Parkway, Pensacola, Florida. The suspect's previous screen name was "KnkyN2famfun".

27. A background was conducted on the suspect and the following information was obtained. A copy of the suspect, Frank Joffrion's Florida Driver's license was obtained. The suspect's photograph matches the suspect's facial picture he sent via electronic mail. The suspect is an Officer in the United States Navy, and is an instructor at the US Navy Base in Pensacola, Florida.

28. On February 22, 2008, at 5:44PM, the undercover noticed the suspect in the America Online chat room "Openminded Parents". The undercover initiated an instant message with the suspect. This was in response to a previous electronic mail the suspect sent the undercover. The suspect wrote, "looking forward to having ur daus hot pussy on my face". The undercover wrote "but I guess well see when the time come for us to meet for real". The suspect suggested meeting next weekend. The suspect asked the undercover if the "daughter" could spend the night with him. The suspect wrote, "ok will know for sure on wed I will stay sat and sun night and come back Monday that good for u and dau". The instant messaging ended at 6:03PM.

29. On February 28, 2008, at 10:50AM, the undercover initiated an instant message to the suspect. This was in response to an electronic mail the suspect sent, indicating he was going to travel to meet the undercover on Friday. When the undercover wrote, "I can't believe you're coming", the suspect wrote, "all I can think about is ur dau's pussy". The undercover wrote, "we need go slow..Remember she's 11..slow". The undercover asked the suspect what he wanted to do once they met regarding "the daughter". The suspect wrote, "eat her have her suck me fuck her". The undercover indicated he might want to video the

encounter. The suspect wrote "its cool can I bring my cam to video it too". The suspect wrote he would be bringing a digital/video camera. The undercover communicated to the suspect that the Hampton Inn in St. Lucie West would be a good location to meet. The undercover sent the suspect the address of the Hampton Inn via electronic mail. The suspect indicated he would arrive between 7:00 and 8:00PM. The undercover again reminded the suspect that his fictitious "daughter" was eleven years old. The undercover asked the suspect to call him. The instant messaging ended at 11:14AM.

30. On February 28, 2008, at approximately 11:15AM, the suspect called the undercover on his undercover phone line. During the phone call, the suspect said "im a little nervous about whether your gonna let me fuck her or not". The suspect was again reminded that the undercover's fictitious "daughter" was eleven years old. The undercover suggested the suspect bring condoms and something for "the daughter". The suspect said he was going to bring a digital camera and want to video the sexual encounter between he and "the daughter". The suspect said he was going to bring his lap top computer to download images. The suspect stated that he had to go to work Friday morning for a short time, then go home and travel to St. Lucie County. The

suspect said he was going to make reservations at the motel. The undercover asked the suspect if he could put the undercover's name on the room so he could check in early with the "daughter". During the phone call, the suspect asked the undercover if the "daughter" knew how to perform oral sex. The suspect provided his cell number of 850-449-2196. The call ended at 11:25AM.

31. On February 29, 2008, the suspect sent an email to the undercover stating that he started to make reservations at the hotel that they had agreed upon, but the price for the hotel was $180 dollars per night. The suspect went on to state that it would be better for him financially if the could meet after he received his next paycheck on the 15th of the month. In response, the undercover sent an email stating that the time period around the 15th was not a good time for them to meet and maybe they could find a cheaper hotel. There was no response from the suspect. However, undercover officers from the Escambia County Sheriff's Office surveilled the suspect as he left his residence, at the time he stated he would in order to travel to the meeting location. The suspect began to travel as if he were en route to the meeting. However, the suspect then pulled into a restaurant parking lot, exited his vehicle, and stood there for several minutes surveilling the parking lot. He then he entered the restaurant.

32. The undercover called the hotel to verify the suspect's statements and was given the same price per night, verifying that the suspect did indeed intend to travel to meet the undercover's "daughter," but that his finances may have prohibited it.

Further, your affiant sayeth naught.

CHRISTOPHER S. HARVEY
Senior Special Agent
Immigration and Customs Enforcement

Sworn and subscribed to before me this 29th day of February 2008.

FRANK J. LYNCH, Jr.
United States Magistrate Judge

-16-