UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 08-14016-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

FRANK JOFFRION,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on May 5, 2008. A Report and Recommendation was filed on May 16, 2008, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the sole count of the Indictment which charges the Defendant with using a computer to persuade, induce, entice or coerce a person under 18 to engage in sexual activity, and attempting to do so, in violation of Title 18, United States Code, Section 2422(b). The Defendant also agreed to forfeit to the St. Lucie County Sheriff's Office voluntarily and immediately all of his right, title and interest to any and all assets and their substitutes which are subject to forfeiture and which are currently in the possession and control of the St. Lucie County Sheriff's Office.

Those assets include: HP laptop computer, serial number 2CE602026M.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29 day of May, 2008.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office